IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOEL RODRIGUEZ CANTU, | § |
| | § |
| VS. | § CIVIL ACTION NO.4:05-CV-467-Y |
| | § |
| DOUGLAS DRETKE, Director, | § |
| T.D.C.J., Correctional | § |
| Institutions Division, | § |
| Respondent. | § |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Joel Rodriguez Cantu under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on October 13, 2005; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on November 4, 2005.

The Court, after de novo review, concludes that Cantu's objections must be overruled, and that the petition for writ of habeas corpus should be denied, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Joel Rodriguez Cantu's Petition for Writ of Habeas Corpus is DENIED.

SIGNED November 10, 2005.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE